AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# for the District of Columbia

William Lowe, on behalf of himself and
all others similarly situated,                 )
               Plaintiff(s)        )     **APPEARANCE**
                                   )
               vs.                 )     CASE NUMBER   1:06CV00280
National Association of Securities             )
Dealers, Inc.; EDS Corporation                 )
             Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of __William M. Jay__ as counsel in this
                              (Attorney's Name)

case for: __National Association of Securities Dealers, Inc.__
              (Name of party or parties)

__2/22/2006__
Date

__480185__
BAR IDENTIFICATION

*[signature]*
Signature

__William M. Jay__
Print Name

Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W.
Address

__Washington, DC  20036__
City       State       Zip Code

__(202) 955-8256__
Phone Number