BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL Docket No. 1772

WILLIAM LOWE

       Plaintiff,

v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS AND EDS
CORPORATION

       Defendants.

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel of record for William Lowe. I hereby certify that I am admitted to practice before the United States District Court for the District of Columbia and I am a member in good standing of each court in which I am authorized to practice.

All pleadings and other papers to be served upon William Lowe should be addressed to:

    Steven N. Berk
    Cuneo Gilbert & LaDuca
    507 C Street, NE
    Washington, DC 20003
    Telephone: (202) 789-3960
    Facsimile: (202) 789-1813
    E-mail: stevenb@cuneolaw.com

Dated: March 7, 2006

    Steven N. Berk (DCDC Bar 432-870)
    507 C Street, NE
    Washington, DC 20003
    Telephone: (202) 789-3960
    Facsimile: (202) 789-1813
    E-mail: stevenb@cuneolaw.com