AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William Lowe, on behalf of himself and
all others similarly situated,           )
              Plaintiff(s)    )   **APPEARANCE**
                             )
                             )
             vs.                       )   CASE NUMBER   1:06CV00280
National Association of Securities   )
Dealers, Inc.; EDS Corporation       )
             Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of **F. Joseph Warin** as counsel in this
                                (Attorney's Name)

case for: **National Association of Securities Dealers, Inc.**
                      (Name of party or parties)

**3/8/2006**
Date

Signature: /s/ F. Joseph Warin

**235978**
BAR IDENTIFICATION

**F. Joseph Warin**
Print Name

Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W.
Address

**Washington, DC   20036**
City            State            Zip Code

**(202) 887-3609**
Phone Number