UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LOWE, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. AND EDS CORPORATION, <br><br> Defendants. | Civil Action No. 06-280 (RBW) |
| TIMOTHY WALLIN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., <br><br> Defendant. | Civil Action No. 06-382 (RBW) |
| LINDA CUTLER, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., <br><br> Defendant. | Civil Action No. 06-525 (RBW) |

1

|  |  |
|---|---|
| JENNIFER HESTER AND JASON PLUNKETT, On Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-554 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |
| NASSIM KETITA, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. AND EDS CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-580 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |
| JASON CROCKETT, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. AND EDS CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-652 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On April 4, 2006, plaintiffs William Lowe, Timothy Wallin, Linda Cutler, Jennifer Hester, and Jason Plunkett filed an Unopposed Motion for Consolidation and Case Management Including the Organization and Leadership of Plaintiffs' Counsel ("Pls.' Mot").[1]  The motion requests the consolidation of all related cases filed in this district, subsequently transferred or removed to this district, or filed in this district in the future.  Pls.' Mot. at 2-3.  However, there is a concurrent motion to transfer pending before the Judicial Panel on Multidistrict Litigation ("MDL Panel").  The motion to transfer involves all of the above-named plaintiffs.

In view of the motion pending before the Judicial Panel, the Unopposed Motion for Consolidation and Case Management Including the Organization and Leadership of Plaintiffs' Counsel is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that all cases are **STAYED** until further order of this Court.[2]

**SO ORDERED** this 11th day of April, 2006.

_____
REGGIE B. WALTON
United States District Judge

---

[1] Plaintiff Nassim Ketita was not a party to the Unopposed Motion.

[2] The parties shall notify this Court when the MDL Panel has issued a ruling on the pending motion.