# EXHIBIT B

**BARRETT, JOHNSTON & PARSLEY**
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile:  (615) 252-3798
www.barrettjohnston.com

## LAW FIRM BIOGRAPHY

**BARRETT, JOHNSTON & PARSLEY** concentrates a significant part of its practice on class action litigation, including cases involving violations of federal securities law, ERISA, federal antitrust law, state consumer and antitrust law, and employment discrimination. The firm also has an active practice in corporate governance shareholder derivative litigation, enforcing corporate rights through the company's shareholders. The firm's office is located in Nashville, Tennessee and is active in major class action litigation pending in federal and state courts throughout Tennessee and across the country, as well as litigation before the Judicial Panel on Multidistrict Litigation.

The firm's reputation for excellence has been recognized on repeated occasions by various courts throughout the country which have appointed the firm to leadership positions in complex class and derivative actions including multi-district or consolidated litigations. *See, e.g., Horns ex rel. v. Raines,* 227 F.R.D. 1, 3-4 (D.D.C. 2005) (appointing firm co-lead counsel in Fannie Mae shareholder derivative litigation and noting the experience and success of the firm in this type litigation). In certifying complex cases as class actions, Courts have noted the qualifications and experience of the firm in this area. *See, e.g., Craft v. Vanderbilt,* 174 F.R.D. 396, 406 (M.D. Tenn. 1996). As shown below, Barrett, Johnston & Parsley has taken a major role in numerous actions on behalf of defrauded investors and consumers for violations of federal security laws, ERISA, state consumer and antitrust laws as well as breaches of fiduciary duty in shareholder derivative litigation in state and federal courts across the country.

### SETTLEMENTS

As recently exemplified by the Sixth Circuit Court of Appeals in *Geier v. Sundquist,* 372 F.3d 784 (6th Cir. 2004), the firm has been responsible for class action settlements of historical and national significance. In *Geier,* a civil rights action in which the firm served as original and lead counsel for plaintiffs and successfully litigated for over thirty-six years, and which resulted in the dismantling of a dual system of education in the state of Tennessee and resulted in benefits totaling in excess of $320 million, the Sixth Circuit, in noting the "exceptional nature and national significance of the case" stated:

> [T]he magnitude of this case is formidable in numerous respects. The legal principles advanced by the Geier Plaintiffs were pathbreaking and of great social

-1-

import. It was in this case that this Court first held that there was an affirmative duty to remove all vestiges of state-imposed segregation in institutions of public higher education, just as there was such an obligation at lower educational levels. Plaintiffs have litigated -- successfully -- for thirty-six years against continuous state opposition and contrary judicial precedents outside this Circuit, and they have secured injunctive relief -- valued at approximately $320 million -- in programs affecting all public institutions of higher education.

*Id.* at 795. The court concluded by noting that "the tenacity of the attorneys and broad remedies obtained . . . render this a "rare" and "exceptional" case. *Id.* The *Geier* case served as a model for other similar cases brought in the South. *Id.*

The firm has also been responsible for other significant settlements of class action cases including the two largest securities class action settlements in Tennessee and Sixth Circuit history. One of those settlements, *In re Dollar General Corp. Securities Litigation*, Case No. 3:01-0388 (M.D. Tenn.) (J. Wiseman), which settled for $162 million, is also the largest securities class action settlement in Sixth Circuit history and represents the tenth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995. The other settlement, *In re Prison Realty Securities Litigation*, Civ. No. 3-99-0452 (M.D. Tenn) (J. Campbell), which settled for $107 million, is the second largest securities class action settlement in 6th Circuit history and represents the sixteenth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995. Additionally, in *Morse v. McWhorter et al.*, Civ. No. 3-97-0370 (M.D. Tenn.) (J. Higgins), which settled for $51.25 million, the firm served as Liaison Counsel on Plaintiffs' Executive Committee in an action brought against Columbia/HCA and its officers and directors in an action alleging violations of federal securities laws.

The firm represented Lead Plaintiff and institutional investor Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust in *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Hanover Compressor Company, et al.*, Civil Action No. H-02-0410 (S.D. Tex.) (J. Gilmore), a securities class action in which the court approved a settlement of $80 million which included significant and unprecedented corporate governance changes including the first time a company agreed to rotate its outside auditor as part of a resolution of a shareholder class action.

These settlements have produced monetary recovery and/or benefits for consumers, investors and citizens across the country totaling nearly a billion dollars in recoveries and including significant corporate governance changes and enhancements. These settlements include:

### SECURITIES FRAUD

• *In re Dollar General Corp. Securities Litigation*, Case No. 3:01-0388 (M.D. Tenn.) (J. Wiseman). The firm served as Plaintiffs' Liaison Counsel in an action brought against Dollar General Corporation and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $162 million. This is the largest securities class action settlement in Sixth Circuit and Tennessee history and

represents the tenth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995.

• *In re Prison Realty Securities Litigation*, Civ. No. 3-99-0452 (M.D. Tenn) (J. Campbell). The firm served as Liaison Counsel of Plaintiffs' Executive Committee in an action brought against Prison Realty Trust, Inc. and its officers and directors in an action alleging violations of federal securities laws. The case was consolidated with two other related cases which resulted in a settlement of approximately $107 million. This represents the second largest securities class action settlement in Tennessee history; the second largest in Sixth Circuit history; and the sixteenth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995.

• *Sidney Morse v. McWhorter et al.*, Civ. No. 3-97-0370 (M.D. Tenn.) (J. Higgins). The firm served as Liaison Counsel on Plaintiffs' Executive Committee in an action brought against Columbia/HCA and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $51.25 million.

• *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Hanover Compressor Company, et al.*, Civil Action No. H-02-0410 (S.D. Tex.) (J. Gilmore). The firm represented Lead Plaintiff and institutional investor Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust in this securities class action in which the court approved a settlement of $80 million which included significant corporate governance changes.

• *In re Envoy Securities Litigation*, Civ. No. 3-98-0760 (M.D. Tenn.) (J. Haynes). The firm served as Plaintiff's Liaison Counsel in an action brought against Envoy Corporation and its officers and directors in an action alleging violations of federal securities laws which resulted in a settlement of $11 million.

• *In re Phycor Corporation Securities Litigation*, Civ. Action No. 3-98-0834 (M.D. Tenn. (J. Campbell). The firm served as Liaison Counsel in a securities class action which resulted in a settlement of $10.095 million.

• *In re Sirrom Capital Corporation Securities Litigation*, Civ. No. 3-98-0643 (M.D. Tenn.) (J. Campbell). The firm served as one of Plaintiffs' counsel in a securities class action which resulted in a settlement of $15 million.

• *In re Quorum Securities Litigation*, Civ. No. 3-98-1004 (M.D. Tenn.) (J. Haynes). The firm served as Co-Liaison Counsel in an action brought against Quorum, Inc. and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $11.75 million for the class members.

• *In re Vision America Securities Litigation*, Civ. No. 3:00-0279 (M.D. Tenn.) (J. Campbell). The firm served as Plaintiffs' Liaison Counsel in an action brought against Vision America and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $2.575 million.

• *In re SCB Computer Technology Securities Litigation*, Civ. No. 00-2343-Ml/V (W. D. Tenn) (J. Gibbons). The firm served as Plaintiffs' Liaison Counsel in an action brought against SCB Computer Technology

and its officers and directors in an action alleging violations of federal securities laws which resulted in a settlement of $2.1 million.

• *Paul Senior v. ShoLodge, Inc., et al.*, Civ. No. 98C-136 (Sumner Cty. Chancery Ct.) (Chancellor Grey). The firm served as Co-Lead counsel in a state securities class action brought on behalf of investors of ShoLodge, Inc. who purchases the companies securities and bonds. The case resulted in a settlement valued, at least, at $1.55 million.

## DISCRIMINATION

• *Geier v. Sundquist, et al.*, Civ. No. 5077 (M.D. Tenn) (Judge Wiseman). The firm served as Lead Counsel for the original plaintiffs in a class action lawsuit initiated in 1968 challenging the dual system of public higher education in Tennessee. The case was the oldest and longest lasting class action case on the docket in the Middle District of Tennessee and served as a model for other similar cases brought in the South. The case resulted in significant changes in public higher education throughout the State of Tennessee including the dismantling of a dual system of education and resulted in benefits totaling in excess of $320 million. The Sixth Circuit Court of Appeals discussed at length the great social impact of the case and that the results achieved by Plaintiffs' counsel were "rare" and "exceptional." *See Geier v. Sundquist*, 372 F.3d 784, 796 (6th Cir. 2004).

• *Hutcheson v. Tennessee Valley Authority, et al.*, Civ. No. 3-84-0201 (E.D. Tenn) (J. Jarvis). The firm served as Plaintiff's counsel for approximately 2000 female employees in a class action suit brought under Title VII alleging wage discrimination. The case resulted in a settlement of approximately $5 million.

## ERISA

• *In re Global Crossing Ltd. Securities & ERISA Litigation*, MDL Docket No. 1472 (S.D.N.Y.) (J. Lynch). The firm served as a member of the lead counsel committee in a class action brought against Global Crossing, Ltd. and its officers and directors. This action was brought on behalf of all participants and beneficiaries of the Global Crossing Employees' Retirement Savings Plan, a 401(k) plan operated and administered by Global Crossing Ltd., and alleges breaches of fiduciary duties and violations of ERISA disclosure requirements. The suit alleged that Global Crossing failed to disclose to plan participants adequate information about the true financial position of the company and even encouraged their employees to invest or maintain investments in company stock while placing restrictions on the employees' ability to sell their company stock. The case resulted in a settlement valued at approximately $79 million.

• *United Rubber, Cork, Linoleum & Plastic Workers of America v. Pirelli Armstrong Tire Corporation, et al.*, Civ. No. 3-94-0573 (M.D. Tenn.) (J. Nixon). The firm served as Co-Counsel in a class action brought by former retirees of the United Rubber, Cork, Linoleum & Plastic Workers of America for violations of ERISA. The case resulted in a settlement with a value of approximately $70 million to the Plaintiff class.

• *In re Providian Financial Corp. Securities Litigation*, Master File No. C-01-3952 CRB, (N.D. Ca.) (J. Breyer). The firm served as

Plaintiffs' Counsel in a class action brought against Providian and certain of its officers and directors. This action was brought on behalf of employees and beneficiaries of the Providian Financial Corporation 401(k) plan and alleged breaches of fiduciary duty and violation of ERISA disclosure requirements. The case resulted in a settlement of $8.6 million.

• *In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation*, No. Civ. 02-2677 (DSD/FLN) (D. Minn.) (J. Dody). The firm is currently serving as Plaintiffs' Counsel in a class action brought against Xcel Energy, Inc. ("Xcel") and its officers and directors. This action was brought on behalf of all participants and beneficiaries of the Xcel Savings and Investment Plan, a 401(k) plan operated and established by Xcel, and alleges breach of fiduciary duty and violations of ERISA disclosure requirements. The case resulted in a settlement of $8 million.

## ANTITRUST

• *Sherwood v. Microsoft Corporation*, Civ. No 99-C-3562 (Davidson Cty. Circuit Ct.) (J. Kurtz). The firm is currently serving as Co-Lead Counsel in a consumer class action against Microsoft Corporation alleging violations of the Tennessee Consumer Protection Act and the Tennessee Trades Practices Act as a result of defendant Microsoft's unlawful monopolization of the market for licensing all Intel-compatible PC operating systems. The suit is brought on behalf of persons or entities in the State of Tennessee who purchased for purposes other than re-sale or distribution during the last four years Intel-compatible PC operating systems licensed by Microsoft. The court has preliminary approved a settlement with a conservative minimum value worth at least $32 million. The firm was responsible for the decision, *Sherwood v. Microsoft*, No. 99C-3562, 2003 WL 21780975 (Tenn. Ct. App. Aug 2, 2004), which held that indirect purchasers had standing to sue under the Tennessee Trades Practices Act ("TTPA") and the TTPA applies to activity that has substantial effects on commerce within the state of Tennessee.

• *Wright v. Mylan Laboratories, et al.*, Civ. No. 99C-37 (Sumner Cty. Chancery Ct.) (Chancellor Grey). The firm served as one of Plaintiff's counsel in an action brought on behalf of Tennessee consumers alleging violations of the state's consumer and antitrust laws charging drug manufacturers with entering illegal agreements to monopolize the markets for the generic anti-anxiety drugs Lorazepam and Clorazepate. The claims of the Tennessee action were resolved as a result of a nationwide settlement of $100 million. *See In re Lorazepam & Clorazepate Antitrust Litig.*, 205 F.R.D. 369 (D.C. Cir. 2002).

• *In re Cardizem CD Antitrust Litiagation*, MDL No. 99-MD-1278 (E.D. Mich.) (J. Edmunds). The firm served as one of Plaintiff's counsel in a consolidated action transferred by the Judicial Panel of Multidistrict of Litigation to the Eastern District of Michigan. The suit alleges violations of the Tennessee consumer and antitrust laws. The claims of the Tennessee action were resolved as a result of a nationwide settlement of $80 million. *See In re Cardizem CD Antitrust Litig.*, 218 F.R.D. 508 (E.D. Mich. 2003).

• *Wilkinson v. E.I. Dupont de Numerous & Co., et al.*, Civ. No. 98-1188-III (Davidson

-5-

Cty. Circuit Ct. (Chancellor Lyle). The firm served as Co-Lead Counsel in an action brought on behalf of consumers who purchased the prescription drug Coumadin. The action was brought under the Tennessee Consumer Protection Act and the Tennessee Trades Practices Act. The claims of the Tennessee action were resolved as a result of a nationwide settlement of $44.5 million. *See In re: Warfarin Sodium Antitrust Litig.*, 391 F.3d 516 (3rd Cir. 2004).

### DERIVATIVE LITIGATION

• *Heinz Bonde, Derivatively on Behalf of the Singing Machine Company, Inc. V. Edward Steele*, Case No. 03-61386-CIV-ZLOCH (S.D. Fla.) (J. Zloch). The firm served as Plaintiffs' Counsel and was appointed Derivative Settlement Counsel in this shareholder derivative action brought on behalf of The Singing Machine Company against its Board of Directors and former auditor. The case was brought on behalf of the Company arising out of the defendants causing Singing Machine to be subjected to liability and to waste corporate assets as a result of issuing false and misleading financial statements and having to restate its past financial results. The case resulted in a settlement with the defendants agreeing to implement numerous and substantial corporate governance changes at the Company.

• *In re AFC Enterprises, Inc. Derivative Litigation*, Consolidated Civil Action No. 1:03-CV-TWT (N.D. Ga.) (J. Thrash). The firm served as Co-Lead Counsel and on Plaintiffs' Executive Committee in this shareholder derivative action brought on behalf of AFC Enterprises, Inc. ("AFC") against its Board of Directors and certain current and past officers and controlling shareholder in which the Court denied in most aspects defendants motions to dismiss the action. *See In re AFC Enterprises Inc. Derivative Litigation*, 224 F.R.D. 515 (N.D. Ga. Aug. 12, 2004). The case resulted in a settlement with the defendants agreeing to implement numerous and significant corporate governance changes.

### OTHER

• *Craft v. Vanderbilt University, et al.*, Civ. No. 3-94-0090 (M.D. Tenn.) (J. Nixon). The firm served as co-counsel in a class action brought against Vanderbilt University, its medical center and others in connection with 1940s experiment in which pregnant women unknowingly ingested radioactive iron isotopes. The case resulted in a settlement of $10 million. In certifying this extremely complex case as a class action, the Court specifically found plaintiffs' counsel to be adequate as they had "previously handled complex class action cases." *See Craft v. Vanderbilt*, 174 F.R.D. 396, 406 (M.D. Tenn. 1996).

• *In re Corrections Corporation of America Shareholder Litigation*, Civ. No. 98-1257-III (Davidson Cty. Chancery Ct.) (Chancellor Lyle). The firm served as a member of Plaintiffs' Executive Committee in a class action brought on behalf of former Corrections Corporation of America shareholders alleging breach of fiduciary duty in connection with the merger between Corrections Corporation of America and Prison Realty Trust. The case resulted in a settlement with a value of $32 million to the Plaintiff class.

• *Heilman v. Perfection Corporation, et al.*, Civ. No. 99-0679-CW-W-6 (W.D. Mo.). The firm served as one of Plaintiffs' counsel in a

-6-

nation-wide class action composed of all persons throughout the United States who own or purchased a hot water heater manufactured by defendants with a defective Dip Tube. The case resulted in a multi-million dollar nation-wide settlement.

## ACTIVE CASES

The firm is currently serving as Lead Counsel, Co-Counsel, Liaison Counsel or Plaintiffs' Counsel in numerous complex class actions and derivative cases pending in state and federal courts throughout the country as well as in front of the Multidistrict Panel of Litigation. Among the more prominent of these are:

### DERIVATIVE LITIGATION

•*In re: Fannie Mae Derivative Litigation,* Consolidated Civil Action 04-1783 (RJL). The firm was appointed Co-Lead Counsel in this complex shareholder derivative action. *See Horns ex rel. v. Raines,* 227 F.R.D. 1, 3-4 (D.D.C. 2005) (appointing firm co-lead counsel in and noting the experience and success of the firm in this type litigation). This consolidate shareholder derivative litigation is brought derivatively on behalf of Fannie Mae against numerous of its current and/or former officers and directors alleging breach of fiduciary duties and other violations of law in connection with the Company's accounting manipulations leading to one of the largest financial restatements in U.S. history.

• *Plumbers & Pipefitters Local 572 Pension Fund, Derivatively on Behalf of Nominal Defendant Provident Financial Group, Inc. v. Jack M. Cook, et al.,* Case No. C-1-03-168 (S.D. Ohio) (J. Rice). The firm is currently serving as Chair of Plaintiffs' Executive Committee in this shareholder derivative action brought on behalf of Provident Financial Group, Inc. ("Provident") against its Board of Directors and certain current and past officers. The case seeks damages on behalf of Provident and asserts claims for Breach of Fiduciary Duties, Abuse of Control, Constructive Fraud, Gross Mismanagement, Waste of Corporate Assets, Unjust Enrichment, Breach of Fiduciary Duties for Insider Selling and Misappropriation of Information and for Violations of the Sarbanes-Oxley Act of 2002. The case arises out of the defendants causing Provident to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial statements and having to restate its past financial results.

• *In re Micromuse, Inc. Derivative Litigation,* Consolidated Civil Action No. GGC-04-428489 (California Sup. Ct. (J. Robertson). The firm is currently serving on Plaintiffs' Executive Committee in this shareholder derivative action brought on behalf of Micromuse, Inc. ("Micromuse") against its Board of Directors and certain current and past officers alleging breaches of fiduciary duty and other violations of law. The case arises out of the defendants causing Micromuse to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial

statements and having to restate its past financial results.

• *In re The Goodyear Tire & Rubber Company Derivative Litigation*, Consolidated Case No. 5:03-cv-02180 (N.D. Ohio) (J. Adams). The firm is currently serving as Plaintiffs' Counsel in this shareholder derivative action brought on behalf of The Goodyear Tire & Rubber Company ("Goodyear") against its Board of Directors and certain current and past officers alleging breaches of fiduciary duty and other violations of law. The case arises out of the defendants causing Goodyear to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial statements and having to restate its past financial results.

• *In re eUniverse Derivative Litigation*, Lead Case No. BC296895 (California Sup. Ct.) (J. McCoy). The firm is currently serving as Co-Lead Counsel in this shareholder derivative action brought on behalf of eUniverse, Inc. against its Board of Directors and certain officers. The case seeks damages on behalf of eUniverse and asserts claims for Breach of Fiduciary Duties, Abuse of Control, Gross Mismanagement, Waste of Corporate Assets, Unjust Enrichment, and Breach of Fiduciary Duties for Insider Selling and Misappropriation of Information.

• *Kandy Kendall, on Behalf of Guidant Corporation v. James M. Cornelius, et al.*, Cause No.. 49D05-0306-CT-1177 (Indiana Sup. Ct.) (J. Miller). The firm is currently serving as Plaintiffs' Counsel in this derivative action brought on behalf of Guidant Corporation ("Guidant") against its Board of Directors. The case arises out of the defendants causing Guidant to enter into a plea agreement with the United States for violations of FDA laws and regulations and pay a fine of $92.4 representing the largest settlement ever paid by a defendant for failure to report medical malfunction in a medical device to the FDA. The Plaintiff seekins damages on behalf of Guidant and asserts claims for Breach of Fiduciary Duty, Abuse of Control, Gross Mismanagement and Corporate Waste.

• *In re Biopure Corporation Derivative Litigation*, Master Docket No. 1:04-cv-10177-NG (D. Mass) (J. Gertner). The firm was appointed Co-Lead Counsel in this consolidated derivative action brought on behalf of Biopure Corporation ("Biopure" or the "Company") against its Board of Directors and certain officers seeking damages on behalf of the Company for the defendants breaches of fiduciary duties and other violations of law arising out defendants' issuance of false and misleading financial statements and press releases concerning the misrepresentation of the status of approval of the Company's primary pharmaceutical products before the FDA.

• *Bencosme, et al. v. Ortino, et al.*, Case No. 1:04-cv-01627 (N.D. Ohio) (J. O'Malley). The firm is currently serving as Plaintiffs' Counsel in this shareholder derivative action brought on behalf of Ferro Corporation ("Ferro") against its Board of Directors and certain current and past officers alleging breaches of fiduciary duty and other violations of law. The case arises out of the defendants causing Ferro to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial statements by overstating the Company's earnings through accounting manipulation.

• ***McSparren v. Larson, et al.***, Case No. 04-cv-4778 (N.D. Ill.) (J. Anderson). The firm is currently serving as Plaintiffs' Counsel in this shareholder derivative action brought on behalf of Career Education Corporation. ("CEC") against its Board of Directors and certain current and past officers alleging breaches of fiduciary duty and other violations of law including engaging in massive insider trading during the relevant period. The case arises out of the defendants causing CEC to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial statements during the relevant period.

• ***In re Friedman's, Inc. Derivative Litigation***, Master Docket Number 03-CV-3831 (N.D. Ga) (J. Duffey). The firm is currently serving as Plaintiffs' Counsel in this shareholder derivative action brought on behalf of Friedman's, Inc. ("Friedman's") against its Board of Directors and certain current and past officers, controlling shareholder, outside auditor and other related entities, alleging breaches of fiduciary duty and other violations of law. The case arises out of the defendants causing Friedman's to be subjected to enormous liability and to waste corporate assets as a result of issuing false and misleading financial statements and having to restate its past financial results.

## ERISA

• ***In re Qwest Savings and Investment Plan Erisa Litigation***, Case No. 02-RB-464 (PAC) (D. Colo.) (J. Blackburn). The firm is currently serving as Plaintiffs' Counsel in a class action brought against Qwest Communications International and its officers and directors. This action was brought on behalf of all participants and beneficiaries of the Qwest Savings and Investment Plan, a 401(k) plan operated and established by Qwest, and alleges breach of fiduciary duty and violations of ERISA disclosure requirements. The suit alleges that plan restrictions deprived Plaintiffs of control over their plan assets, forcing Plaintiffs to concentrate their assets in company stock. Moreover, Plaintiffs could not exercise independent control over their plan assets due to improper influences and/or concealed materials and non-public facts regarding certain investments.

• ***In re Broadwing, Inc. ERISA Litigation***, Case No. C-1-02-857 (S.D. Ohio) (J. Beckwith). The firm is currently serving as Plaintiffs' Counsel in a class action brought against Broadwing, Inc. and its officers and directors. This action was brought on behalf of all participants and beneficiaries of the Broadwing Savings and Investment Plan, a 401(k) plan operated and established by Qwest, and alleges breach of fiduciary duty and violations of ERISA disclosure requirements.

## ANTITRUST

• ***In re High Pressure Laminate Antitrust Litigation.***, Civ. No. 00C-1989 (Davidson Cty. Circuit Ct.) (J. Shipley). The firm is currently serving as Plaintiffs' Co-Lead counsel in a consumer class action against manufacturers of high pressure laminates ("HPL")(such as used for countertops). The suit alleges that consumers payed superinflated prices for HPL as a result of price fixing the HPL industry. The suit is brought under the Tennessee Consumer Protection Act and the Tennessee Trade

Practices Act and seeks certification of a class consisting of all Tennessee consumers and consumers in Alabama, Kansas, Maine, Michigan Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, West Virginia, Wisconsin, and the District of Columbia.

## SECURITIES FRAUD

- ***Malin, et al. v. XL Capital, Ltd., et al.***, Civil No. 3:03-CV-201 (SRU) (D. Conn.). The firm is currently serving as Co-Lead Counsel in this securities fraud class action against XL Capital, Ltd. and certain of its officers alleging violations of the federal securities laws.

- ***In re Bridgestone Securities Litigation***, aster File No. 3:01-0017 (M.D. Tenn.) (J. Echols). The firm is currently serving as Plaintiffs' Liaison Counsel in an action brought against Bridgestone and its officers and directors in an action alleging violations of federal securities laws.

- ***In re UnumProvident Corp. Securities Litigation***, Lead Case No. 1:03-CV-049 (E.D. Tenn.) (J. Collier). The firm was appointed Liaison Counsel in an action brought against UnumProvident Corporation and its officers and directors in an action alleging violations of federal securities laws.

## ATTORNEYS

Below is a biography of each attorney in the office who focuses their practice of class action litigation.

### GEORGE E. BARRETT

**GEORGE E. BARRETT** practices Labor Law, Government Law, and Civil Litigation. He was admitted to the Tennessee Bar in 1957. He is also admitted to practice in the U.S. District Court of the Middle District of Tennessee, the U.S. Court of Appeals, Sixth Circuit, and the United States

Supreme Court. Mr. Barrett was graduated from the Vanderbilt Law School in 1957. He received a B.S.S. degree from Spring Hill College in 1952, and a Diploma in Economics and Politics from Oxford University, England in 1953.

Mr. Barrett has been involved in class action litigation for over 40 years. Mr. Barrett is the original counsel in the oldest pending class action case on the docket in the Middle District of Tennessee, and has been the model for similar cases in the South. The case, *Geier, et al. v. Sundquist, et al.* Civ. No. 5077 (M.D. Tenn.) (J. Wiseman), was originally filed in 1968, challenging the entire system of public higher education in Tennessee. Mr. Barrett continues to serve as original Plaintiff's counsel. The case resulted in significant changes in public higher education throughout the State of Tennessee including the dismantling of a dual system of education and resulted in benefits totaling in excess of $200 million.

Mr. Barrett has extensive experience in ERISA litigation. He litigated and finally settled on appeal a class action case worth approximately $70 million in *United Rubber, Cork, Linoleum & Plastic Workers of America, et al. v. Pirelli Armstrong Tire Corporation, et al.*, Civ. No. 3-94-0573 (M.D. Tenn.)(J. Nixon). Mr. Barrett also served as the Court appointed monitor in an ERISA action styled *Secretary of Labor v. Carroll, et al.*, Case No. 3-88-1097 (M.D. Tenn) (J. Higgins), wherein he was appointed to monitor the order of the Court in regards to the fiduciary duties of the Trustees. He served in that capacity for two years.

For the last several years, Mr. Barrett has concentrated a significant part his practice in the area of class action litigation, with a particular emphasis on securities, antitrust and consumer fraud litigation. Mr. Barrett currently serves as Co-Lead Counsel, Liaison Counsel, Co-Counsel, or is on the Executive Committee of class lawyers in multiple pending class actions throughout Tennessee. Examples of recent class actions in which Mr. Barrett played a significant role in achieving a substantial settlement include: *In re Dollar General Corp. Securities Litigation*, Case No. 3:01-0388 (M.D. Tenn.) (J. Wiseman) (Mr. Barrett served as Plaintiffs' Liaison Counsel in an action brought against Dollar General Corporation and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $162 million. This is the largest securities class action settlement in 6th Circuit and Tennessee history and represents the eighth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995); *In re Prison Realty Securities Litigation*, Civ. No. 3-99-0452 (M.D. Tenn) (J. Campbell) (Mr. Barrett served as Liaison Counsel of Plaintiffs' Executive Committee in an action brought against Prison Realty Trust, Inc. and its officers and directors in an action alleging violations of federal securities laws. The case was consolidated with two other related cases which resulted in a settlement of approximately $107 million. This is the largest securities class action settlement in Tennessee history); *Craft v. Vanderbilt University, et al,* Civ. No. 3-94-0090 (M.D. Tenn)(J. Nixon) (Mr. Barrett served as Co-Counsel in a class action brought against Vanderbilt University, its medical center and others in connection with 1940s experiment in which pregnant women unknowingly ingested radioactive iron isotopes. The case resulted in a settlement of $10 million); *In re Corrections Corporation of America Shareholder Litigation*, Civ. No. 98-1257-III (Davidson.

-11-

Cty. Chancery Ct.) (Chancellor Lyle) (Mr. Barrett served as a member of Plaintiffs' Executive Committee in a class action brought on behalf of former Corrections Corporation of America shareholders alleging breach of fiduciary duty in connection with the merger between Corrections Corporation of America and Prison Realty Trust. The case resulted in a settlement with a value of $32 million to the Plaintiff class); *United Rubber, Cork, Linoleum & Plastic Workers of America, et al. v. Pirelli Armstrong Tire Corporation, et al.*, Civ. No. 3-94-0573 (M.D. Tenn.)(J. Nixon) (Mr. Barrett served as co-counsel in a class action brought by former retirees of the United Rubber, Cork, Linoleum & Plastic Workers of America for violations of ERISA. The case resulted in a settlement with a value of approximately $70 million to the Plaintiff class); *Hutcheson, et al. v. Tennessee Valley Authority, et al.*, Civ. No. 3-84-0201 (E.D. Tenn.) (J. Jarvis).(Mr. Barrett served as Plaintiff's co-counsel for approximately 2000 female employees in a class action suit brought under Title VII alleging wage discrimination. The case resulted in a settlement of approximately $5 million for the class members.); *In re Sirrom Capital Corporation Securities Litigation*, Civ. No. 3-98-0643 (M.D. Tenn.) (J. Campbell) (Mr. Barrett served as one of Plaintiffs' counsel in a securities class action which resulted in a settlement of $15 million); *Paul Senior et al. v. ShoLodge, Inc., et al.*, Civ. No. 98C-136 (Sumner Cty. Chancery Ct.)(Chancellor Grey) (Mr. Barrett served as co-lead counsel in a state securities class action brought on behalf of investors of ShoLodge, Inc. who purchases the companies securities and bonds. The case resulted in a settlement valued, at least, at $1.55 million). In addition, Mr. Barrett is currently serving as class counsel in numerous complex class and derivative actions pending throughout federal and state courts in Tennessee and across the country.

Mr. Barrett is a member of Alpha Sigma Nu and Phi Delta Phi. He served as President of the Tennessee Council on Human Relations from 1960-1961; Secretary, Tennessee Advisory Committee, U.S. Commission on Civil Rights, 1960-1966; Deputy Public Defender, 1964-1965; Member: Governor's Commission on Human Relations, 1964-1966; Tax-Study Commission, State of Tennessee, 1966-1967; Governor's Task Force on Workmen's Compensation, State of Tennessee, 1973-1974; Advisory Commission to the Supreme Court of the State of Tennessee on the Rules of Civil Procedure, 1975-1978; U.S. Court of Appeals, Sixth Circuit Judicial Conference (Life Member); U.S. Civil Justice Reform Act Advisory Committee; Tennessee Supreme Court Commission to Study Appellate Courts, 1990-1992; General Counsel for Metropolitan Development and Housing Agency for twenty plus years, Selection Committee for U.S. Magistrate, Middle District of Tennessee, 1985. He is a member of the Nashville, Tennessee (Chairperson, Labor Law Section, 1966) and American Bar Associations.

### DOUGLAS S. JOHNSTON, JR.

**DOUGLAS S. JOHNSTON, JR.**, is certified as a Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education & Specialization and certified in Civil Trial Advocacy by the National Board of Trial Advocacy. He was admitted to the Tennessee bar in 1977; admitted to practice before the U.S. District Court, Middle District of Tennessee in 1978; and admitted to practice before the U.S. Supreme Court in 1985. Mr. Johnston received a J.D. degree from the Nashville School of Law in 1977, and an A.B. degree from Kenyon College in 1969.

For the last several years, Mr. Johnston has concentrated a significant part his practice in the area of class action litigation, with a particular emphasis on securities and consumer fraud litigation. Mr. Johnston currently serves as Co-Lead Counsel, Liaison Counsel, Co-Counsel, or is on the Executive Committee of class lawyers in multiple pending class actions throughout Tennessee. Examples of recent class actions in which Mr. Johnston played a significant role in achieving a substantial settlement include: *In re Dollar General Corp. Securities Litigation*, Case No. 3:01-0388 (M.D. Tenn.) (J. Wiseman) (Mr. Johnston served as Plaintiffs' Liaison Counsel in an action brought against Dollar General Corporation and its officers and directors in an action alleging violations of federal securities laws. The case resulted in a settlement of $162 million. This is the largest securities class action settlement in 6th Circuit and Tennessee history and represents the eighth largest settlement of a securities class action since the passage of the Private Securities Litigation Reform Act in 1995); *In re Prison Realty Securities Litigation*, Civ. No. 3-99-0452 (M.D. Tenn) (J. Campbell) (Mr. Johnston served as Liaison Counsel of Plaintiffs' Executive Committee in an action brought against Prison Realty Trust, Inc. and its officers and directors in an action alleging violations of federal securities laws. The case was consolidated with two other related cases which resulted in a settlement of approximately $107 million. This is the second largest securities class action settlement in Tennessee history); *Craft v. Vanderbilt University, et al.* Civ. No. 3-94-0090 (M.D. Tenn)(J. Nixon) (Mr. Johnston served as co-counsel in a class action brought against Vanderbilt University, its medical center and others in connection with 1940s experiment in which pregnant women unknowingly ingested radioactive iron isotopes. The case resulted in a settlement of $10 million); *In re Corrections Corporation of America Shareholder Litigation*, Civ. No. 98-1257-III (Davidson. Cty. Chancery Ct.) (Chancellor Lyle) (Mr. Johnston served as a member of Plaintiffs' Executive Committee in a class action brought on behalf of former Corrections Corporation of America shareholders alleging breach of fiduciary duty in connection with the merger between Corrections Corporation of America and Prison Realty Trust); *In re Sirrom Capital Corporation Securities Litigation*, Civ. No. 3-98-0643 (M.D. Tenn.)(J. Campbell) (Mr. Johnston served as one of Plaintiffs' counsel in a securities class action which resulted in a settlement of $15 million); *Paul Senior et al. v. ShoLodge, Inc., et al.*, Civ. No. 98C-136 (Sumner Cty. Chancery Ct.) (Chancellor Grey) (Mr. Johnston served as co-lead counsel in a state securities class action brought on behalf of investors of ShoLodge, Inc. who purchases the company's securities and bonds. The case resulted in a settlement valued, at least, at $1.55 million). In addition, Mr. Johnston is currently serving as class counsel in numerous complex class and derivative actions pending in federal and state courts across the country.

He served as Assistant District Attorney General, Nashville, 1977-1981; Administrative Assistant/Legal Counsel, U.S. Rep. Bill Boner, 1982-1987; Associate Staff, Committee on Appropriations, U.S. House of Representatives, 1985-1987; Legislative Counsel, Metropolitan Government Nashville/Davidson Co., TN., 1988. Mr. Johnston is a member of the Nashville, Tennessee, American Bar Associations; The Association of Trial Lawyers of America; Tennessee Trial Lawyers Association; and the National Employment Lawyers Association.

### EDMUND L. CAREY, JR. (Of Counsel)

**EDMUND L. CAREY, JR.,** born Boston, Massachusetts, March 1, 1944; admitted to bar, 1986, Tennessee; 1988, U.S. District Court, Middle District of Tennessee; 1989, U.S. Court of Appeals, Sixth Circuit; 1990, U.S. Supreme Court. *Education:* Holy Cross College (A.B. 1965); Harvard University (M.D., 1970); Vanderbilt University (J.D., 1986), Order of the Coif. Member, Vanderbilt Law Review, 1984 - 1986. Author: Note, "Quick Termination of Insubstantial Civil Rights Claims: Qualified Immunity and Procedural Fairness," 38 Vanderbilt Law Review 1543, 1985. Lecturer in Law, Vanderbilt University 1989 - 1992. Law Clerk: U.S. District Court, Middle District of Tennessee, 1986 - 1987; U.S. Court of Appeals, Sixth Circuit, 1987 - 1988; Chair, Federal Courts Committee, Nashville Bar Association 1991; Deputy Co-Chair, Federal Civil Justice Reform Act Advisory Group, Middle District of Tennessee, 1991 - 1995; Associate Member, Harry Phillips Inn of Court, 1990 - 1992. *Member*: Nashville Bar Foundation, Nashville Bar Association; *Former Member*: Tennessee and American Bar Associations; Tennessee Trial Lawyers Association; Association of Trial Lawyers of America. [With U.S. Public Health Service, 1971 - 1973]. ***PRACTICE AREAS:*** Litigation, civil and criminal; appellate practice; professional malpractice, antitrust; toxic torts; products liability; constitutional law, labor and civil rights; class actions; complex litigation.

### TIMOTHY L. MILES

**TIMOTHY L. MILES** received a Bachelor of Science in Psychology from Belmont University in Nashville, Tennessee in 1993 and his J.D. from the Nashville School of Law in May 2001, graduating third in his class, and was made a member of the Honorable Society of Cooper's Inn which is reserved for students graduating in the top ten percent of their class. He is admitted to practice before the Tennessee Supreme Court; the United States District Court for the Western, Middle and Eastern Districts of Tennessee and the District of Colorado; and the Sixth Circuit Court of Appeals. He is a member of the Nashville Bar Association; Tennessee Bar Association; American Trial Lawyers Association; Tennessee Trial Lawyers Association; and Harry Phillips American Inns of Court (Student Member 2000). Mr. Miles focuses his practice on class action litigation, including cases involving violations of federal securities law, ERISA, federal and state antitrust law, state consumer protection, employment discrimination, products liability and shareholder derivative litigation. Mr. Miles is currently serving as class counsel in numerous complex class and derivative actions pending in federal and state courts across the country.

### GERALD E. MARTIN

**GERALD E. MARTIN** received his law degree in 1999 from Stanford School of Law, where he served as associate editor of The Stanford Law Review. Jerry is a 1996 graduate of Dartmouth College. Mr. Martin focuses his practice on class action litigation, including cases involving violations of federal securities law, ERISA, federal and state antitrust law, state consumer protection, employment discrimination, products liability and shareholder derivative litigation. Mr.

Martin is currently serving as class counsel in numerous complex class and derivative actions pending in federal and state courts across the country.

### **REPORTED DECISIONS**

The firm has been counsel for several important reported decisions in class action litigation, particularly in Tennessee and the Sixth Circuit, some of which are listed below:

*Raines v. Howard,*
227 F.R.D.1 (D.D.C. 2005)

*In re AFC Enterprises Inc. Derivative Litig.,*
224 F.R.D. 515 (N.D. Ga. Aug. 12, 2004)

*In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation,*
312 F.Supp.2d 1165 (D. Minn. 2004)

*Geier v. Sundquist,*
372 F.3d 784 (6th Cir. 2004)

*Castillo v. Envoy Corp.,*
206 F.R.D.464 (M.D. Tenn. 2002)

*In re Envoy Securities Litigation,*
133 F.Supp.2d 647 (M.D. Tenn. 2001)

*Geier v. Sundquist,*
128 F.Supp.2d (M.D. Tenn. 2001)

*Sherwood v. Microsoft,*
91 F.Supp.2d 1196 (M.D. Tenn. 2000)

*In re Prison Realty Securities Litigation,*

117 F.Supp.2d 681 (M.D. Tenn. 2000)

*Katt v. Titan Acquisitions*,
    133 F.Supp.2d 632 (M.D. Tenn. 2000)

*In re Sirrom Capital Corp. Securities Litigation*,
    84 F.Supp.2d 933 (M.D. Tenn. 1999)

*Craft v. Vanderbilt*,
    18 F.Supp.2d 786 (M.D. Tenn. 1999)

*Craft v. Vanderbilt*,
    940 F.Supp.1185 (M.D. Tenn. 1996)

*Craft v. Vanderbilt*
    174 F.R.D. 396 (M.D. Tenn. 1996)

*United Rubber, Cork Linoleum & Plastic Workers of America, AFL-CIO, CLC v. Pirelli Armstrong Tire Corporation*,
    873 F.Supp. 1093 (M.D. Tenn. 1994)

*Geier v. Alexander*,
    801 F.2d 799 (6th Cir. 1986)

*Hutcheson v. Tennessee Valley Authority*,
    604 F.Supp. 543 (M.D. 1985)

*Geier v. Alexander*
    593 F.Supp. 1263 (M.D. Tenn. 1984)

*Brown v. Alexander*,
    718 F.2d 1417 (6th Cir. 1983)

***Brown v. Alexander***
    516 F.Supp. 607 (M.D. Tenn. 1981)

***Geier v. Alexander***,
    597 F.2d 1056 (6th Cir. 1979)