BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL Docket No. 1772

```
WILLIAM LOWE

       Plaintiff,

v.

NATIONAL ASSOOCIATION OF
SECURITEIS DEALERS AND EDS
CORPORATION

       Defendants.
```

## NOTICE OF APPEARANCE AND CHANGE OF FIRM AFFILIATION

Please take notice that the undersigned hereby enters his appearance as an additional counsel of record for plaintiff William Lowe. Counsel had previously entered his appearance as an attorney associated with the firm of Cuneo Gilbert & LaDuca. I hereby certify that I am admitted to practice before the United States District Court for the District of Columbia and I am a member in good standing of each court in which I am authorized to practice.

All pleadings and other papers to be served upon William Lowe should be addressed to:

Steven N. Berk
Chavez & Gertler, LLP
1225 Fifteenth Street NW
Washington, DC 20005
Tel: (202) 232-7550
Fax: (202) 232-7556
Email: steven@chavezgertler.com

Dated: February 12, 2007

_____
Steven N. Berk (DC Bar # 423-870)
Chavez and Gertler, LLP
1225 Fifteenth Street NW
Washington, DC 20005
Tel: (202) 232-7550
Fax: (202) 232-7556
Email: steven@chavezgertler.com