UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>06-cv-280; 06-cv-382; 06-cv-525; 06-cv-554; 06-cv-580; 06-cv-624; 06-cv-652; 06-cv-915; 06-cv-1320; 06-cv-1323; 06-cv-1324; 06-cv-1377; 06-cv-1378; 06-cv-1379; 06-cv-1380; 06-cv-1381; 06-cv-1556; 06-cv-1823; 07-cv-674 | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772<br><br>**FILED**<br>SEP 0 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendants' motions to dismiss, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this 7th day of September, 2007, hereby

**ORDERED** that the motions to dismiss filed by [23] Electronic Data Systems Corporation and [28] National Association of Securities Dealers, Inc., are **GRANTED**; and it is further

**ORDERED** that plaintiffs' consolidated class action complaint, and the individual complaints filed in each case listed in the above caption, are **DISMISSED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge